```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
STEPHEN YANG,                                                :
                              Plaintiff,                     :
                                                             :      24 Civ. 3324 (LGS)
             -against-                                       :
                                                             :           ORDER
H F Z CAPITAL GROUP LLC,                                     :
                              Defendant.                     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated May 3, 2024, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for June 26, 2024;

WHEREAS, Defendant was served on May 8, 2024;

WHEREAS, Defendant was required to respond to the Complaint by May 29, 2024;

WHEREAS, Defendant has not appeared in this case and has not timely responded to the Complaint;

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **June 26, 2024,** and shall explain why they have not complied with the Court's deadlines.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with the Defendants, no later than **June 26, 2024**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.  It is further

**ORDERED** that the initial pretrial conference scheduled for June 26, 2024, is adjourned to **July 3, 2024, at 4:20 P.M.**

Dated: June 21, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**